## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINALD MARCOTTE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:16-cv-14492 |
| | ) | |
| v. | ) | Judge: Kurt D. Engelhardt |
| | ) | |
| ENTERPRISE RECOVERY SYSTEMS, | ) | Magistrate Judge: Janis van Meerveld |
| INC., NAVIENT SOLUTIONS, INC., and | ) | |
| UNITED STUDENT AID FUNDS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
### F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice in its entirety, and without fees or costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED:  January 3, 2017               RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. #36081
Varadi, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@vhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

*/s/ Brian D. Roth*
Brian D. Roth, Esq. (LA 22148)
Sessions Fishman Nathan & Israel
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700

Facsimile: (504) 828-3737
broth@sessions.legal
Attorneys for Defendants,
Navient Solutions, Inc.
United Student Aid Funds, Inc.


/s/ K. Randall Evans
K. Randall Evans, #16904
H. James Parker, #22847
Alex J. Granier, #36475
Evans & Clesi, PLC
336 Lafayette Street, Suite 200
New Orleans, LA  70130
(504) 523-8523; (504) 523-8522 – fax

Michael J. Hornback
Rock Fusco & Connelly LLC
321 N. Clark St., Ste. 2200
Chicago, IL  60654
312 494 1000-phone
312 494 1001-fax
312 970 3479-direct dial
Attorneys for Alltran Education, Inc.,
formerly known as Enterprise Recovery
Systems, Inc.